# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR215 |
| vs. | ) | ORDER |
| LEON FRANCIS DUFFEY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Leon Francis Duffey (Duffey) to withdraw his motion to suppress and cancel the suppression hearing scheduled for February 12, 2015 (Filing No. 25). The motion is granted. The motion to suppress (Filing No. 15) is termed on the docket. The suppression hearing scheduled for February 12, 2015, is canceled.

**IT IS SO ORDERED.**

DATED this 10th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge