IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LEON FRANCIS DUFFEY,<br><br>                Defendant. | **8:14CR215**<br><br>**ORDER** |

      This matter is before the court on its own motion. The defendant has informed the Court of his health issues and the restriction on travel that his primary care physician has placed upon him. The defendant is currently scheduled for a change of plea hearing on June 5, 2015 at 10:00 a.m. The Court needs to know when it is reasonably anticipated that the defendant will be able to travel for his court appearances.

      THEREFORE, IT IS ORDERED THAT the defendant shall provide to the Pretrial Services Office a medical report regarding the defendant's health and his ability to travel for court appearances on or before May 15, 2015.

      Dated this 1st day of April, 2015

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon<br>
                                                Senior United States District Judge